IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE WILLIAMS,

      Plaintiff,                      No. CIV S-06-1167 GEB KJM P

      vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

      Defendants.                ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action under 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis under 28 U.S.C. § 1915. However, the certificate portion of the request that must be completed by plaintiff's institution of incarceration has not been filled out. Plaintiff will be provided the opportunity to submit a completed in forma pauperis application.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

      2. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided

1

Dockets.Justia.com

1. by the Clerk of Court. Plaintiff's failure to comply with this order will result in a
2. recommendation that this action be dismissed without prejudice.
3. DATED: June 19, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1/mp
will1167.3c