IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE WILLIAMS,

     Plaintiff,                        No. CIV S-06-1167 GEB KJM P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, et al.,

     Defendants.                ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. In his June 16, 2006 amended complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Kern County, which is part of the Fresno Division of the United States District Court for the Eastern District of California.[1] See Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper

---

[1] Plaintiff names the California Department of Corrections and Rehabilitation, and the City of Sacramento as defendants. Both of those entities are within the judicial district covered by this court. However, plaintiff's complaint fails to state a claim upon which relief can be granted against these defendants.

1

1 division of the court. Therefore, this action will be transferred to the Fresno Division of the
2 court.
3       Good cause appearing, IT IS HEREBY ORDERED that:
4       1. This action is transferred to the United States District Court for the Eastern
5 District of California sitting in Fresno; and
6       2. All future filings shall reference the new Fresno case number assigned and
7 shall be filed at:

      United States District Court
      Eastern District of California
      2500 Tulare Street
      Fresno, CA 93721

DATED: October 30, 2006.

_____
U.S. MAGISTRATE JUDGE

1
will1167.22